UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXA R. NEMETH, } | |
|     Plaintiff, } | |
| v. } | Case No.  3:19-cv-00715-JTA |
| AUBURN UNIVERSITY, } | |
|     Defendant. } | |
| } | JURY TRIAL DEMANDED |

**FIRST AMENDED COMPLAINT**

**COMES NOW** the Plaintiff, Alexa R. Nemeth, and, in her First Amended Complaint against the Defendant, Auburn University, states as follows:

**STATEMENT OF THE CASE**

1. This lawsuit is brought by Plaintiff, Alexa R. Nemeth, who has been affected by the claims alleged below and is seeking permanent relief from systemic sexual discrimination and retaliation. The actions of the Defendant alleged in this suit constitute retaliation in violation of Title IX, 20 U.S.C. § 1681 *et seq.*

## PARTIES

2. Plaintiff, Alexa R. Nemeth, is a 21-year-old female who now resides and is domiciled in Raleigh, North Carolina. Nemeth was an invited walk-on member of the softball team at Auburn University from 2016-2017.

3. Defendant, Auburn University, is a public university incorporated under the laws of Alabama, Ala. Code § 16-48-1 *et seq*. Auburn University's principal place of business is in Lee County, Alabama.

## JURISDICTION AND VENUE

4. Because it does not declare a limitation period itself, Title IX borrows the most analogous state law statute of limitations. *See Goodman v. Lukens Steel Co.*, 482 U.S. 656, 660 (1987). In Alabama, the most analogous law is the general personal injury statute of limitations, which is two years. *Lufkin v. McCallum*, 956 F.2d 1104, 1105 & n.2 (11th Cir. 1992). Nemeth filed her internal discrimination complaint with Auburn University's Title IX office in May 2017 and received her Notice of Final Outcome on December 15, 2017. In retaliation for participating in the investigation of her Title XI complaint, on September 26, 2017, Nemeth was denied a spot on Auburn's softball team. Nemeth's original complaint was filed on September 25, 2019 (Doc. 1). Therefore, said Complaint was timely.

5. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. Pursuant to Federal Rule of Civil Procedure 4, the Court has personal jurisdiction over the Defendant, as Auburn University is located in this District.

7. Pursuant to 28 U.S.C. § 1391, venue is proper because Defendant is located in this district, and a substantial part of the events or omissions giving rise to the claims occurred in this District.

## STATEMENT OF FACTS

8. Plaintiff, Alexa R. Nemeth, is a 21-year-old female. She lived in Auburn, Alabama, and enrolled as a student at Defendant, Auburn University ("Auburn"), in 2016.

9. Nemeth chose to attend Auburn for its physics department, and she also aspired to join the softball team. She finalized her plans to attend Auburn and stopped pursuing other schools after Corey Myers' invitation to pitch.

10. Clint Myers ("Coach Myers") was head coach of the softball team at Auburn from 2013-2017.

11. Corey Myers ("Corey") is Coach Myers' son and was the assistant head coach of the softball team at Auburn from 2013-2017.

12. Nemeth had attended several camps with Coach Myers when she was in high school. She embraced his philosophy of "excellence in everything" and worked hard at everything Clint and Corey Myers espoused in order to make the Auburn University team.

13. On July 16, 2016, Corey called to invite Nemeth to join the team as a pitcher. He told Nemeth she would be the left handed pitching option and that her pitching at a speed of 50-60 mph was good.

14. When Nemeth arrived on campus and began softball practice, Corey adjusted her pitching motion and told her he did not want her to throw over 57 MPH; instead, he wanted her to focus on consistently hitting her spots.

15. Throughout the fall, Corey reiterated to Nemeth several times that he viewed her as a closer, something she had been successful at in high school.

16. When the team used Nemeth as a closer during the fall, she was extremely effective.

17. During the fall of 2016, Corey took an unexplained leave of absence for one week.

18. During Corey's leave of absence, Coach Myers worked with the pitchers. Coach Myers spent an entire practice telling Nemeth how much she "sucked" compared to another pitcher and how well the other pitcher was doing in

4

comparison. He did not offer coaching or instruction as to how Nemeth could improve.

19. Nevertheless, during a meeting with all of the coaching staff after the fall season, Coach Myers stated that they were all very satisfied with her progress. Corey said that if she got outs in the spring, she would have pitching time. At that meeting, Nemeth also asked for the chance to hit.

20. After the fall season, Corey again changed Nemeth's pitching motion to throw across her body to be more deceptive.

21. Nemeth worked through the winter break on mastering her new throwing motion and also on her batting. Coach Myers witnessed her practicing when he visited the field during the break.

22. During the December 26, 2016, holiday break camp, Coach Myers and Corey told Nemeth that she needed to get rid of her two-toned hair (dyed orange and navy) and that she would never pitch for them with her hair two colors. Orange and blue, of course, are Auburn's colors.

23. In the spring of 2017, during preseason practices, Nemeth was praised for her hard work but was not given much practice time.

24. Nemeth inquired about her lack of practice time, but Corey continually put off giving her an explanation, despite Coach Myers' stated philosophy that players would get a direct answer and know where they stood.

25. Eventually in March, after repeated inquiries, Coach Myers told Nemeth that she did not pitch fast enough. This assessment was directly contrary to Corey's coaching her back in the fall to pitch slower.

26. Nevertheless, Nemeth immediately began working to get her pitches up to 63 MPH, which is what Coach Myers told her she needed.

27. She also asked Coach Myers why she wasn't being given a chance to hit, when the team was struggling at the plate. He told her that he wasn't aware she wanted to, or could, hit.

28. Coach Myers, however, had seen her practicing her hitting during winter break, Nemeth had told the coaching staff in the fall meeting that she wanted to bat, and assistant coach Scott Woodward had told her during camps that her "bat would get her on the team."

29. After spring break, the coaches had Nemeth practicing both batting and outfield. The coaches praised her hard work during a team meeting. They also chose her as the only freshman on the team to go to the Florida series.

30. Because it had been several months since Nemeth batted or played outfield, she had to work intensely before the Florida series to get back to a Division I playing level.

31. During that same time, Nemeth was preparing for a pivotal physics exam. The uncertainty and emotional rollercoaster she was experiencing at the hands of the softball coaches negatively affected her academic performance.

32. Shortly thereafter, the team was preparing to travel for the Georgia series. Abruptly, Corey resigned as associate head coach on March 30, 2017.

33. As the team was loading the bus, the seniors refused to board if a certain player got on the bus. That player was engaging in a personal relationship with Corey, in violation of Auburn and NCAA policy.

34. Some of the student-athletes had photographs of text messages between Corey and this player, demonstrating the inappropriate, sexual nature of their relationship.

35. During a March 30 meeting with Meredith Jenkins, the senior women's administrator of Auburn athletics, Jenkins told the team they were risking arrest for taking text messages from their teammate's phone. She ordered that they be deleted.

36. The relationship between Corey and the player had been going on since the fall. Corey's leave of absence in the fall was, on information and belief, because of this illicit relationship.

37. On information and belief, Coach Myers and other staff knew about Corey's inappropriate sexual behavior at least by the fall of 2016, when Corey took his unexplained leave of absence.

38. Then-Athletics Director Jay Jacobs eventually admitted to the press that Auburn athletics first received notification of Corey's wrongdoing during the fall of 2016 (though he initially denied that Corey had ever been the subject of an investigation). The Title IX office of Auburn University found that Corey had engaged in inappropriate relationships with more than one athlete over an extended period of time, and he was removed from the coaching staff on March 30, 2017.

39. Nevertheless, Corey continued to be present during and around softball practices.

40. Auburn's Title IX coordinator, Kelley Taylor, wrote Corey a letter on August 21, 2017, banning him from the campus property, from university events, and from all softball-related activities or events, whether on or off campus.

41. Coach Myers knowingly let his son Corey have relations and pursue relationships with multiple members of the team.

42. Corey groomed team members so he could pursue inappropriate relationships with them.

43. Nemeth believes that Corey's individualized coaching attention regarding her pitching style, his praise of her pitching as a closer (though Coach Myers stopped using her as a pitcher), and other behavior were done in an effort to groom her for his other, more nefarious, purposes.

44. In addition to having an inappropriate relationship with team members, Corey made players uncomfortable with his overt commentary regarding their looks. For example, after team pictures were taken in September 2015, Corey sent the following text message to team member Blaire Bass: "Your [sic] okay 7 maybe." In another message he wrote, "Thinking about you and know we give you a lot of s--- but we are all so glad you are here!" Bass was not invited back to the team at the conclusion of the 2016 season.

45. During the Myers' tenure with the Auburn softball team, a player's looks determined whether she was liked or not.

46. Another player, Haley Fagan (shortstop 2014-2017), went after a ground ball during practice drills during her first year at Auburn. Corey smacked her on the backside. She told him not to do that. When she spoke to Coach Myers

and assistant coach Scott Woodard about Corey's behavior, their reaction was to say, "Define inappropriate relationship."

47. The culture of manipulation and exploitation was toxic and lacked institutional control. After several members of the team filed anonymous ethical complaints with the Athletics Department in September 2016, Auburn conducted an internal investigation that led to Corey's short-lived resignation. During that time, Coach Myers asked select members of the team to fight for Corey -- his son -- with the Athletics Department. One team member who did so ended up feeling like an idiot for defending Corey after his inappropriate relationship with a teammate was revealed in the spring.

48. Nemeth and other teammates felt pressured to engage in inappropriate and/or sexual relationships with Corey to receive better treatment in practice and at games.

49. Whitney Jordan, who left the team after the 2017 season with one year of eligibility left, said, "No one on the outside has a clue to what we went through."

50. Auburn, the Athletics Department, and the coaching staff did everything to protect Corey. No one protected the athletes.

51. On May 29, 2017, Nemeth's father, Alan Demaske, emailed then-Auburn President Jay Gogue, Athletics Director Jay Jacobs, and Title IX coordinator

10

Kelley Taylor. His email outlined Corey's improper relations with students, the coaching staff and the administration's knowledge of Corey's inappropriate behavior, the mental harassment of players, and what was perceived as the grooming of his daughter. He asked what Auburn was doing about these matters.

52. On May 29, 2017, Nemeth had her end of the year meeting with the softball coaching staff. During that meeting Coach Myers told Nemeth that he did not see a role for her on the softball team the following season.

53. On May 31, 2017, Nemeth and her family met with Dr. Gogue and Bernard Hill, the Senior Associate Athletics Director - Compliance. During that meeting, Nemeth informed Hill and Dr. Gogue about Corey's inappropriate relationships and commentary to Nemeth and her teammates, the hostile environment the Myers' created for the team, and the retaliation (in the form of less play/practice time and removal from the team) for speaking up.

54. Nemeth filed a complaint with Auburn's Title IX department on May 31, 2017, alleging Title IX and NCAA violations, including that Coach Myers knowingly allowed his son Corey to have and pursue inappropriate relationships with members of the team, that she had been subjected to abuse and harassment, and that the administration was engaging in a cover-up.

11

55. Nemeth retained an attorney, Martin J. Greenberg, to assist with her claims. Beginning on July 20, 2017, and continuing throughout the summer and fall, Greenberg exchanged numerous letters with Auburn's General Counsel, Lee Armstrong. Greenberg's letters detailed the nature of Nemeth's allegations, the Title IX violations, and the NCAA violations.

56. In July 2017, all of the foregoing notwithstanding, Auburn, Jay Jacobs, and Meredith Jenkins signed Coach Myers to a three-year extension of his contract (through 2023).

57. On July 5, 2017, Nemeth's father emailed the new Auburn President, Dr. Steven Leath, to make him aware of his daughter's Title IX complaint and the investigation. He also forwarded the emails, which went into further detail, that he had exchanged with Dr. Gogue and Bernard Hill. Throughout July, Nemeth's father and Dr. Leath exchanged several emails, some of which copied Kelley Taylor and Jay Jacobs.

58. On August 7, 2017, Nemeth and her family met with Auburn Board member Bob Dumas. During that meeting, Nemeth informed Dumas that Corey had given her special coaching attention, but that when he resigned her play/practice time was virtually eliminated. Nemeth further informed Dumas that the coaches encouraged bullying and hazing, intimidated players to break student conduct codes,

engaged in inappropriate nepotism, and engaged in sexual harassment and inappropriate contact with the students. They also discussed how when Coach Myers was at Arizona State before being hired by Auburn, on information and belief, he had an Assistant Coach (Robert Wagner) who engaged in an affair with a player, which Coach Myers let slide. (Wagner is now married to that former player.) Nemeth also gave Dumas a copy of the July 20 letter from Greenberg to Armstrong, detailing the background and alleged violations.

59. On August 18, 2017, Nemeth's father emailed Gaines Lanier, who is on the Board of Trustees and the Lead Trustee for Athletics, and detailed Nemeth's experiences and the investigation. Lanier responded by saying that he was forwarding the information to the appropriate authorities at Auburn.

60. On August 23, 2017, Coach Myers resigned, citing a desire to spend time with his family.

61. On September 26, 2017, Nemeth attended softball tryouts with new head coach Mickey Dean. Dean did not select Nemeth for the team, notwithstanding that the Auburn Softball Website in July of 2017 had listed Nemeth on the roster, and also listed her as Academic All-SEC for 2017.

62. On September 29, 2017, Nemeth's father contacted the U.S. Department of Education's Office of Civil Rights ("OCR"). He filed an OCR

complaint and informed the office that his daughter's Title IX complaint with Auburn was 120 days old at that point with no ruling. The OCR complaint alleged discrimination based upon sex, retaliation that was continuing without remedy, and delay of the investigation by Auburn.

63. At some point during Auburn's investigation of Nemeth's claim, Auburn retained an outside law firm, Lightfoot Franklin and White, LLC, of Birmingham, to assist with the investigation.

64. On October 25, 2017, the Title IX department wrote Nemeth a letter stating that there was sufficient evidence to support a finding that unwanted sexual conduct by Corey occurred with other members of the team, but not enough evidence that Corey created a hostile environment for Nemeth. In other words, the investigation concluded "non-responsibility" for Corey Myers.

65. On November 6, 2017, Nemeth appealed that outcome, citing procedural errors and substantial new evidence that would materially impact the outcome.

66. On December 15, 2017, Auburn denied her appeal in a Notice of Final Outcome.

67. In the fall of 2017, Nemeth started having severe hip and lower back pain. She saw an orthopedic physician and began physical therapy to address those

problems. The physical therapist found Nemeth's hips were unbalanced. After treatments, Nemeth no longer has any pain. Dr. Gretchen Oliver, a kinesiology professor who studies pitching motions, informed Nemeth that the new pitching method Corey had her working on was stressing her body. Practicing to master Corey's new pitching style contributed to Nemeth's hip and low back pain.

## COUNT ONE:
## Title IX Retaliation Against Auburn

68. Plaintiff adopts and realleges each and every allegation contained in this Complaint as if set out anew herein.

69. Auburn had knowledge that Plaintiff engaged in protected activity, including notifying the administration about Title IX violations, filing a Title IX complaint, and participating in the investigation.

70. On May 29, 2017, Plaintiff's father emailed then-President Dr. Gogue, Jay Jacobs, and Kelley Taylor to report the harassment to which his daughter had been subjected, the sexual harassment she and the team experienced, and the inappropriate sexual relationships between Corey Myers and students.

71. That same day, Plaintiff was released from the softball team.

72. On May 31, 2017, Plaintiff filed a Title IX complaint, based upon sexual harassment, with Auburn. To the extent there was an investigation into her complaint, Plaintiff participated.

73. In the fall, after Coach Myers resigned, Plaintiff tried out for the softball team again. She was not asked to join the team.

74. Plaintiff and her teammates had all endured the harassment, but Plaintiff is the one who spoke up about it, filed a Title IX complaint, and continued to follow up with Auburn administration throughout the many delays in the investigation process. Plaintiff was the squeaky wheel.

75. She was dismissed from the softball team, and then, on September 26, 2017, was not invited back after fall tryouts, because of her participation in the Title IX complaint, the investigation, and her speaking with the media about the situation.

76. Ultimately, the environment became so hostile—between the harassment she experienced on the team and the delays and ultimately unfavorable finding of the Title IX office—that Plaintiff transferred to a different university where she could study and play softball in peace. That school, while a fine institution of higher learning, is not on the same level athletically as an SEC school.

77. **WHEREFORE, PREMISES CONSI**DERED, Plaintiff demands the following relief:

    a. Placement on the Auburn softball team;

    b. Damages for loss of player benefits, mental anguish, embarrassment, and emotional distress;

    c. Injunctive relief;

    d. Pre-judgment interest;

    e. Attorneys' fees;

    f. Costs; and

    g. Such other legal or equitable relief to which Plaintiff may be entitled.

**The Plaintiff demands a trial by struck jury for all claims so triable.**

                                             **Respectfully submitted,**

                                             **/s/ John D. Saxon**_____
                                             **John D. Saxon**
                                             **Alabama Bar No. ASB-3258-071J**
                                             **Attorney for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 Third Avenue North**
**Birmingham, AL 35203**
**Tel:**      **(205) 324-0223**
**Fax:**     **(205) 323-1853**
**Email:**   jsaxon@saxonattorneys.com

**PLAINTIFF'S ADDRESS:**

**ALEXA R. NEMETH**
**c/o John D. Saxon, P. C.**
**2119 Third Avenue North**
**Birmingham, Alabama 35203**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of Plaintiff's *First Amended Complaint* has been electronically filed with the Clerk of the Court using the CM/ECF system on the following CM/ECF participant:

David R. Boyd
Kelly F. Pate
**BALCH & BINGHAM, LLP**
PO Box 78
105 Tallapoosa St., Ste. 200
Montgomery, AL 46107
Attorneys for Defendants Auburn University and Jay Gogue

R. Blake Oliver
**ADAMS, WHITE & OLIVER, LLP**
PO Box 2069
Opelika, AL 26803-2069
Attorney for Defendant Clinton Myers

Done on this day, the 27th day of November, 2019.

                  **/s/**  John D. Saxon_____
                     OF COUNSEL