```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


ALEXA R. NEMETH,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      3:19cv715-MHT
                              )          (WO)
AUBURN UNIVERSITY,            )
                              )
     Defendant.               )
```

## ORDER

It is ORDERED as follows:

(1) Plaintiff's unopposed motion for extension of time (doc. no. 51) is granted.

(2) The uniform scheduling order (doc. no. 43) is modified in the following respects:

    (A) The deadline for completing discovery, currently set for November 2, 2020, is extended to December 15, 2020.

    (B) The deadline for filing dispositive motions, currently set for December 1, 2020, is extended to January 15, 2021.

(C) All other deadlines are unchanged.

DONE, this the 6th day of November, 2020.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**